# EXHIBIT A

# STATE OF NORTH CAROLINA

Wake County

File No. 20 V 04020

In The General Court Of Justice
District Court Division - Small Claims

**Plaintiff(s)**
William Teoh

## MAGISTRATE SUMMONS
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rule 4; 7A-217, -232

**VERSUS**

**Defendant(s)**
Wells Fargo Bank, National Association

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

| TO | TO |
|---|---|
| Name And Address Of Defendant 1<br>Wells Fargo Bank, National Association<br>1100 Corporate Center Dr. Raleigh, NC 27607 | Name And Address Of Defendant 2<br>Wells Fargo Bank, National Association<br>101 N. Phillips Avenue, Sioux Falls, MN 57104 |
| Telephone No. Of Defendant 1<br>844-576-6424 | Telephone No. Of Defendant 2<br>844-576-6424 Ext. 51589 |

⚠ **IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Small Claim Action Has Been Commenced Against You!**

You are notified to appear before the magistrate at the specified date, time, and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Date Of Trial | Time Of Trial | Location Of Court |
|---|---|---|
| 9-1-20 | 9:30 ☐AM ☒PM | 316 Fayetteville St. Raleigh 3rd Floor |

| Name And Address Of Plaintiff Or Plaintiff's Attorney | Date Issued: JUL 31 2020 |
|---|---|
| | Signature<br>☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |

(Over)

AOC-CVM-100, Rev. 3/19
© 2019 Administrative Office of the Courts
Case 5:20-cv-00464-D   Document 1-1   Filed 08/27/20   Page 2 of 5

| | | RETURN OF SERVICE | |
|---|---|---|---|

I certify that this summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein, who is named below.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copy Left (if corporation, give title of person copy left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein, who is named below.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copy Left (if corporation, give title of person copy left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

**FOR USE IN SUMMARY EJECTMENT CASES ONLY:**

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises:

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|

*Address Of Premises Where Posted*

| Service Fee $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Deputy Sheriff Making Return (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CVM-100, Side Two, Rev. 3/19
© 2019 Administrative Office of the Courts

| File No. | STATE OF NORTH CAROLINA | In The General Court Of Justice |
|---|---|---|
| | ~~Durham~~ Wake County | District Court Division-Small Claims |

**COMPLAINT FOR MONEY OWED**

G.S. 7A-216, 7A-232

**Name And Address Of Plaintiff**
William Teoh
8 Teahouse Court, Durham, NC 27707

**County:** Durham
**Telephone No.:** (336)223-4765

**VERSUS**

**Name And Address Of Defendant 1** ☐ Individual ☑ Corporation
Wells Fargo Bank National Association
1100 Corporate Center Drive, Raleigh, NC 27607

**County:** Wake
**Telephone No.:** 844-576-6424

**Name And Address Of Defendant 2** ☐ Individual ☑ Corporation
Wells Fargo Bank National Association 101 N. Phillips Avenue, Sioux Falls, MN 57104

**County:** Minnehaha
**Telephone No.:** 844-576-6424

**Name And Address Of Plaintiff's Attorney**

---

1. The defendant is a resident of the county named above.
2. The defendant owes me the amount listed for the following reason:

| Principal Amount Owed | $ 3500 |
|---|---|
| Interest Owed (if any) | $ 126 |
| Total Amount Owed | $ 3626 |

(check one below)

☐ On An Account (attach a copy of the account)
    Date From Which Interest Due | Interest Rate

☐ For Goods Sold And Delivered Between
    Beginning Date | Ending Date | Interest Rate

☐ For Money Lent
    Date From Which Interest Due | Interest Rate

☐ On a Promissory Note (attach copy)
    Date Of Note | Date From Which Interest Due | Interest Rate

☐ For a Worthless Check (attach a copy of the check)

☐ For conversion (describe property)

**Other:** (specify)
Three violations of Telephone Consumer Protection Act 47 U.S.C § 227

I demand to recover the total amount listed above, plus interest and reimbursement for court costs.

**Date:** 07/31/20
**Name Of Plaintiff Or Attorney (Type Or Print):** William Teoh
**Signature Of Plaintiff Or Attorney:** /s/

(Over)

## INSTRUCTIONS TO PLAINTIFF OR DEFENDANT

1. The PLAINTIFF must file a small claim action in the county where at least one of the defendants resides.

2. The PLAINTIFF cannot sue in small claims court for more than $10,000.00. This amount may be lower, depending on local judicial order. If the amount is lower, it may be any amount between $5,000.00 and $10,000.00, as determined by the chief district court judge of the judicial district.

3. The PLAINTIFF must show the complete name and address of the defendant to ensure service on the defendant. If there are two defendants and they reside at different addresses, the plaintiff must include both addresses. The plaintiff must determine if the defendant is a corporation and sue in the complete corporate name. If the business is not a corporation, the plaintiff must determine the owner's name and sue the owner.

4. The PLAINTIFF may serve the defendant(s) by mailing a copy of the summons and complaint by registered or certified mail, return receipt requested, addressed to the party to be served or by paying the costs to have the sheriff serve the summons and complaint. If certified or registered mail is used, the plaintiff must prepare and file a sworn statement with the Clerk of Superior Court proving service by certified mail and must attach to that statement the postal receipt showing that the letter was accepted.

5. The PLAINTIFF must pay advance court costs at the time of filing this Complaint. In the event that judgment is entered in favor of the plaintiff, court costs may be charged against the defendant.

6. The DEFENDANT may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court. This answer should be accompanied by a copy for the plaintiff and be filed no later than the time set for trial. The filing of the answer DOES NOT relieve the defendant of the need to appear before the magistrate to assert the defendant's defense.

7. Whether or not an answer is filed, the PLAINTIFF must appear before the magistrate.

8. The PLAINTIFF or the DEFENDANT may appeal the magistrate's decision in this case. To appeal, notice must be given in open court when the judgment is rendered, or notice may be given in writing to the Clerk of Superior Court within ten (10) days after the judgment is rendered. If notice is given in writing, the appealing party must also serve written notice of appeal on all other parties. The appealing party must PAY to the Clerk of Superior Court the costs of court for appeal within twenty (20) days after the judgment is rendered.

9. This form is supplied in order to expedite the handling of small claims. It is designed to cover the most common claims.

10. **The Clerk or magistrate cannot advise you about your case or assist you in completing this form. If you have any questions, you should consult an attorney.**