# EXHIBIT B

| | |
|---|---|
| NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| | DISTRICT COURT DIVISION |
| WAKE COUNTY | 20-CV-4020 |

**WILLIAM TEOH,**

      **Plaintiff,**

v.

**WELLS FARGO BANK, N.A.,**

      **Defendant.**

**NOTICE OF FILING OF NOTICE OF REMOVAL**

Please take notice that on August 27, 2020, Defendant Wells Fargo Bank, N.A. filed its Notice of Removal of the instant case, a copy of which is attached hereto as Exhibit A, in the Office of the Clerk of the United States District Court for the Eastern District of North Carolina, Western Division.

This the 27th day of August, 2020.

**WOMBLE BOND DICKINSON (US) LLP**

_____
B. Chad Ewing (N.C. State Bar No. 27811)
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, North Carolina 28202-6037
Telephone: (704) 331-4996
Facsimile: (704) 338-7854
E-Mail: chad.ewing@wbd-us.com

*Attorneys for Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 27, 2020, I caused a copy of the foregoing **NOTICE OF FILING OF NOTICE OF REMOVAL** to be served by First Class United States Mail to:

William Teoh, *Pro Se*
8 Teahouse Court
Durham, NC 27707

_____
B. Chad Ewing