IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM TEOH, | ) |
| | ) Case No. 5:20-cv-464 |
| Plaintiff, | ) |
| | ) |
| v. | ) **MOTION TO DISMISS** |
| | ) |
| WELLS FARGO BANK, N.A., | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOW COMES Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its undersigned counsel, pursuant to FED. R. CIV. P. 12(b)(6), and moves the Court for an Order dismissing Plaintiff's Complaint with prejudice. The grounds and authorities supporting this motion are set forth in the accompanying Brief in Support of Motion to Dismiss.

WHEREFORE, Wells Fargo respectfully requests that the Court grant this Motion to Dismiss with prejudice.

This the 27th day of August, 2020.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ B. Chad Ewing*
B. Chad Ewing (N.C. State Bar No. 27811)
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, North Carolina 28202-6037
Telephone: (704) 331-4996
Facsimile: (704) 338-7854
E-Mail: chad.ewing@wbd-us.com

*Attorneys for Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2020, the foregoing **MOTION TO DISMISS** was filed with the Clerk of Court using the CM/ECF system, and a true and correct copy was sent via first class mail, postage prepaid to the following:

    William Teoh, *Pro Se*
    8 Teahouse Court
    Durham, NC 27707

                                  */s/B. Chad Ewing*
                                  B. Chad Ewing