IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-464-D

WILLIAM TEOH,                              )
                                           )
                    Plaintiff,             )
                                           )
        v.                                 )            **ORDER**
                                           )
WELLS FARGO BANK, N.A.,                    )
                                           )
                    Defendant.             )

For the reasons stated in the defendant's memorandum in support of motion to dismiss [D.E.

5], the court GRANTS defendant's motion to dismiss [D.E. 4]. The court DISMISSES plaintiff's

complaint without prejudice.

SO ORDERED. This 28 day of October 2020.

                                        JAMES C. DEVER III
                                        United States District Judge