UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

WILLIAM TEOH,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　**JUDGMENT IN A**
v.　　　　　　　　　　　　　　　　　　)　　**CIVIL CASE**
　　　　　　　　　　　　　　　　　　　)　　**CASE NO. 5:20-CV-464-D**
WELLS FARGO BANK, N.A.,　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　　)

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 4]. The court DISMISSES plaintiff's complaint without prejudice.

**This Judgment Filed and Entered on October 28, 2020, and Copies To:**

| | |
|---|---|
| William Teoh | (Sent to 8 Teahouse Court Durham, NC 27707 via US Mail) |
| Baxter Chad Ewing | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

October 28, 2020　　　　　　　　　　　　　　(By)  /s/ Nicole Sellers
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk